

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA LUISA RAMOS, | § | No. 08-23-00289-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | 38th District Court |
| ANNA M. MARROQUIN and JOSE L. MARROQUIN, | § | of Uvalde County, Texas |
| Appellees/Cross-Appellants. | § | (TC# 2019-10-33032-CV) |

## <u>SUBSTITUTED JUDGMENT</u>

The judgment of the Court issued January 16, 2025 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for the sole and limited purpose of entry of judgment containing the legal description of the property and ordering that Maria Luisa Ramos have superior title and possession of the subject property. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of February 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.